## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | | |
|---|---|---|---|
| IN RE: Kathena U Anderson | ) | | Chapter 13 |
| | ) | | Case No. 19 B 00484 |
| Debtor(s) | ) | | Judge Timothy A Barnes |

## Notice of Motion

Kathena U Anderson  
7823 S Evans Ave Apt 1  
Chicago, IL 60619

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On November 21, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 744  
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, November 12, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On January 08, 2019, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on April 18, 2019, for a term of 37 months with payments of $275.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 10 | $2,750.00 | $1,966.12 | $783.88 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 11/12/2019  
Due Each Month: $275.00  
Next Pymt Due: 12/07/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 05/10/2019 | ACON HILL STA | $163.85 | 05/17/2019 | ACON HILL STA | $63.46 |
| 05/24/2019 | ACON HILL STA | $63.46 | 05/31/2019 | ACON HILL STA | $63.46 |
| 06/07/2019 | ACON HILL STA | $63.46 | 06/14/2019 | ACON HILL STA | $63.46 |
| 06/21/2019 | ACON HILL STA | $63.46 | 06/28/2019 | ACON HILL STA | $63.46 |
| 07/08/2019 | ACON HILL STA | $63.46 | 07/12/2019 | ACON HILL STA | $63.46 |
| 07/19/2019 | ACON HILL STA | $63.46 | 07/26/2019 | ACON HILL STA | $63.46 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL 60604  
(312)431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE